UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR - 9 2013 PAMF
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**DORIS GALLOWAY**
**Allen J. Joyner**

JUDGE LEE

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: **13 CV 1516**
(To be supplied by the Clerk of this Court)

**Judge Ann Collins Dole 2000**
**Madeleine Sharko 24286**
**Sandra Thiel ESG,**
**Joyce Walker OSG, guardian**
**ADA Robby Fulghum**
**Kathleen M. Gross**

**Officer Rodriquez Fernando #10293**
**Officer Ruthowsk Badge 10476**
**Alberto Godinez LSW.**
**Angiela Smith.**
**Ted Anderson Legal Service**
**Advocate Lutheran Mary Ann Chaney**
**C/O Jania Mauer.**

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**Second**
AMENDED COMPLAINT

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

✓     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

✓     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

  A. Name: Doris Gravoway + Allen Joyner

  B. List all aliases: NA

  C. Prisoner identification number: NA

  D. Place of present confinement: NA

  E. Address: 6500, N, Fairfield Chicago IL, 60645

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Judge Ann Collins Dole 2000
     Title: Judge of Probate Divison
     Place of Employment: Circuit Court of Cook County

  B. Defendant: Madeleine Sharko, Lawyer
     Title: Officer of State guardian Att No. 24236
     Place of Employment: Circuit Court of Cook, County

  C. Defendant: Ms Sandra Thiel, Esq Att, NO 22918
     Title: Officer, State guardian, Lawyer
     Place of Employment: Circuit Court, of Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

2.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 13 V1516

B. Approximate date of filing lawsuit: Feb 27, 2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Allen Joyner, TANYA Laye, Doris Galloway

D. List all defendants: Judge ANN Collins Dole, MAdeleine Sharko, Sandra Thiel, Joyner, ADA Robbey Fulghum, Kathleen M. Gross, Angela Smith

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 

F. Name of judge to whom case was assigned: Honoralbe, John Z. Lee, Honoralbe, Cole

G. Basic claim made: 

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NO

I. Approximate date of disposition: 

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In This A True Statement + Fax to the Best of my Recollection I Doris Galloway Sa living Flesh and Blood Mother Of Allen Joyner, Cease And Desist My Son Allen Julius Joyner Back IN my Care, At 6500 N. Fairfield St Chicago IL, 60645 Judge Dole make Her Self the Estate Of, my Son Allen Joyner' By giving Him to the State to be place group Home where thier is no mobility And Love For my son You Have becomes a party to this Fraud and Experimental drug Scheme, You will be viewed as a Pirate IF you EN Join your Self IN these unlawful activites, Any Previous Order's Color's OF Colorful was done So under the Color OF Law threat duress and coercion" Kathleen M. Gross the Illinois Masonic "Hospital" Your Actions Constitue a violation of the law, Organic republic Constitution of the (United State") and U.S Code 18 part Chapter 96, Kidnapping Controlled Substances listed Chemical Force against the will of myself Doris Galloway' And Place my son Allen Joyner on the Seven Floor of the Hospital For guardian Ship

Revised 9/2007

I Doris Galloway bey a living Flesh and Blood Sentiment women an American "The Policeman and Court being a corporation operating under the color of law with out Contract lacks Jurisdiction of the living being on the land Doris Galloway" and the will of my Family is Criminal. Section 15, 1592 (Elating to Peonage Slavery and trafficking in a Person) Section 1951 Section 1954 and Unlawful Seizure which is Chargeable under State law and Punishable by prisonment" they Have violate my "Visits Rights" they There are Report which state that my Son Reported that I, habitually beat" Him, yet there are Report Contradicting his ability to Speak and make His Needs known; all of this (lies) were accumulative and used to Justify his Removal From my Care, based upon goverment Funding to proprietary Companies which House Him in Inferior dwelling, causing destabilization and Confusion in a blind delayed youngman The Removal of my Son from a Stable loving environment is a Human right Issue For both of us. The Following is a list of USA Constitutional Violations, 42, U.S.C. 1983, 1986. There was no Probabe Couse, There were no Weapons to be Found my Son was never danger (Indeed the goverment Has Placed Him in Ghetto For worse than my Humble abode).

5

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like in my Prayer That You Judge John Lee We See all Party above, We Look At the Damage that they Have Done in my Life + my Son and Family Life this Have Being Going on the longs my Pray Is this, You See Justice for me In this Case NO. 2011 P 1819, Probate Court, AND In your Court Room on April 10, 2013

VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __5__, 20__13__

_Doris Galloway Republic_
(Signature of plaintiff or plaintiffs)

_Doris Galloway_
(Print name)

_____
(I.D. Number)

6500 N. Fairfield 3Floor
Chicago IL 60645
(Address)

6

Revised 9/2007